AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L. | US Circuit Court of Appeals, District of Columbia Circuit | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acccount | | None | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3. United States Judges Admin Offices of the US Courts | C | Interest | | | Merged (with line 5) | 07/01/14 | J | | |
| 4. Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 5. **Suntrust Cash Account | A | Dividend | M | T | | | | | |
| 6. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 7. Morgan Stanley Account Contains: | | | | | | | | | |
| 8. **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 9. **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 10. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 11. **NCR Corp: Common | | None | J | T | | | | | |
| 12. **Teradata Corp: Common | | None | J | T | | | | | |
| 13. **LSI Corporation: Common | | None | | | Redeemed | 05/06/14 | J | A | |
| 14. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 15. IRA: Morgan Stanley Contains: | | | | | | | | | |
| 16. **AT&T Inc.: Common | C | Dividend | L | T | | | | | |
| 17. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 19. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |
| 20. **NCR Corp.: Common | | None | J | T | | | | | |
| 21. **Teradata Corp: Common | | None | J | T | | | | | |
| 22. **Morgan Stanley Cash Accounts | A | Interest | M | T | | | | | |
| 23. **LSI Corporation: Common | | None | | | Redeemed | 05/06/14 | J | A | |
| 24. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 25. Merrill Lynch Account Contains: | | | | | | | | | |
| 26. **Merrill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 27. Merrill Lynch IRA Contains: | | | | | | | | | |
| 28. **AT&T, Inc.: Common | A | Dividend | K | T | | | | | |
| 29. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 30. **LSI Corporation: Common | | None | | | Redeemed | 05/06/14 | J | A | |
| 31. **Marathon Oil Corp: Common | C | Dividend | L | T | | | | | |
| 32. **Marathon Petroleum: Common | C | Dividend | M | T | | | | | |
| 33. **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 34. Wells Fargo Rollover IRA Contains: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **Wells Fargo PT Money Market Fund | A | Interest | J | T | | | | | |
| 36. **United States Treasury Bills Due 1/16/14 | A | Interest | | | Redeemed | 01/16/14 | P1 | | |
| 37. **United States Treasury Bills Due 07/17/2014 | | None | | | Buy | 01/16/14 | P1 | | |
| 38. **United States Treasury Bills Due 07/17/2014 | A | Interest | | | Redeemed | 07/17/14 | P1 | | |
| 39. **United States Treasury Bills Due 01/29/2015 | | None | P1 | T | Buy | 07/31/14 | P1 | | |
| 40. Stanley Black & Decker Corp.: Common | B | Dividend | L | T | | | | | |
| 41. Bank America Corp.: Common | C | Dividend | N | T | | | | | |
| 42. The Boeing Co.: Common | D | Dividend | O | T | | | | | |
| 43. Campbell Soup Co.: Common | D | Dividend | N | T | | | | | |
| 44. Colgate-Palmolive Co.: Common | E | Dividend | P1 | T | | | | | |
| 45. General Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 46. The Goodyear Tire & Rubber Co.:Common | A | Dividend | L | T | | | | | |
| 47. IBM Corp.: Common | D | Dividend | N | T | | | | | |
| 48. Exxon-Mobil Corp.: Common | E | Dividend | O | T | | | | | |
| 49. Kinder Morgan | C | Dividend | M | T | | | | | |
| 50. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 51. Marathon Group: Common | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Marathon Petroleum: Common | D | Dividend | N | T | | | | | |
| 53. Monsanto: Common | C | Dividend | N | T | | | | | |
| 54. Chevron Corporation: Common | E | Dividend | N | T | | | | | |
| 55. Weyerhaeuser Co.: Common | C | Distribution | M | T | | | | | |
| 56. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 57. Allstate: Common | A | Dividend | K | T | | | | | |
| 58. Delhaize Group Spons: Common | A | Dividend | J | T | | | | | |
| 59. DirecTV Group, Inc.: Common | | None | K | T | | | | | |
| 60. Discover Financial Services: Common | A | Dividend | K | T | | | | | |
| 61. Federal Signal Corp: Common | A | Dividend | L | T | | | | | |
| 62. Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 63. Morgan Stanley: Common | A | Dividend | K | T | | | | | |
| 64. 21st Centruy Fox | A | Dividend | J | T | | | | | |
| 65. Royal Dutch Shell: Common | F | Dividend | O | T | | | | | |
| 66. Schlumberger Ltd.: Common | D | Dividend | N | T | | | | | |
| 67. Titanium Metals Corp: Common | | None | | | Redeemed | 03/03/14 | J | A | |
| 68. Transocean Inc.: Common | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Valhi Inc.: Commom | A | Dividend | J | T | | | | | |
| 70. Total S.A. :Common Stock | A | Dividend | J | T | | | | | |
| 71. Springtree Associates Partnership: 1% Interest (Columbia, SC) | C | Rent | J | W | | | | | |
| 72. | A | Interest | | | | | | | |
| 73. Wells Fargo Bank Account | A | Interest | N | T | | | | | |
| 74. First Citizens Bank Account | A | Interest | M | T | | | | | |
| 75. NBSC Money Market Account | A | Interest | M | T | | | | | |
| 76. BB&T Money Market Account | A | Interest | M | T | | | | | |
| 77. SCB&T Money Market Account | | None | | | Merged (with line 78) | 07/25/14 | M | | |
| 78. South State Bank | A | Interest | M | T | Open | 07/25/14 | M | | |
| 79. TD Bank Money Market Account | A | Interest | M | T | | | | | |
| 80. Minnesota Mutual Life Insurance Policy | A | Dividend | L | T | | | | | |
| 81. John Hancock Life Insurance Policy | A | Dividend | J | W | | | | | |
| 82. Merrill Lynch SEP Contains: | | | | | | | | | |
| 83. **Merrill Lynch SEP Cash Accounts | A | Interest | J | T | | | | | |
| 84. **Chevron Corp: Common | D | Dividend | M | T | | | | | |
| 85. **Thornburg International Value Fund | A | Dividend | K | T | Sold (part) | 08/13/14 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 88. **Cash accounts | | None | J | T | | | | | |
| 89. **American Cnetury Tax Free Bond | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | |
| 90. | | | | | Sold (part) | 04/23/14 | J | A | |
| 91. | | | | | Sold (part) | 06/19/14 | J | A | |
| 92. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 93. | | | | | Sold (part) | 10/23/14 | J | A | |
| 94. | | | | | Sold (part) | 10/29/14 | J | A | |
| 95. **AQR Managed Futures | A | Dividend | J | T | Buy (add'l) | 10/27/14 | J | | |
| 96. | A | Distribution | | | | | | | |
| 97. **Artisan International Fund | A | Dividend | J | T | Sold (part) | 01/22/14 | J | A | |
| 98. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 99. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 100. **Artisan Mid Cap Fund | A | Distribution | J | T | Sold (part) | 04/23/14 | J | A | |
| 101. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 102. **ASG Global Alternatives | A | Dividend | J | T | Sold (part) | 01/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Distribution | | | Buy (add'l) | 04/25/14 | J | | |
| 104. | | | | | Sold (part) | 06/19/14 | J | A | |
| 105. **Barclays Bank PLC iPath Bloomberg | | None | J | T | Buy | 12/19/14 | J | | |
| 106. **Credit Suisse Commodity | | None | J | T | Buy (add'l) | 01/24/14 | J | | |
| 107. | | | | | Sold (part) | 04/23/14 | J | A | |
| 108. | | | | | Sold (part) | 06/19/14 | J | A | |
| 109. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 110. | | | | | Sold (part) | 12/19/14 | J | A | |
| 111. **Diamond Hill Long Short | A | Dividend | | | Sold (part) | 06/19/14 | J | A | |
| 112. | | | | | Sold | 10/23/14 | J | A | |
| 113. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Sold (part) | 01/22/14 | J | A | |
| 114. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 115. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 116. **Dreyfus Emerging Markets Debt Fund | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | |
| 117. | | | | | Sold (part) | 06/19/14 | J | A | |
| 118. **Dreyfus International Bond Fund | A | Dividend | J | T | Buy | 04/25/14 | J | | |
| 119. **Dreyfus Tax Exempt | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  **Driehaus Active Income | A | Dividend | J | T | Sold (part) | 01/22/14 | J | A | |
| 121. | | | | | Sold (part) | 06/19/14 | J | A | |
| 122.  **Eaton Vance Global | A | Dividend | | | Buy (add'l) | 01/24/14 | J | | |
| 123. | | | | | Sold | 10/23/14 | J | A | |
| 124.  **Fidelity Emerging Markets | A | Dividend | J | T | | | | | |
| 125. | A | Distribution | | | | | | | |
| 126.  **Harbor Capital Appreciation Fund | A | Dividend | K | T | Sold (part) | 01/22/14 | J | A | |
| 127. | B | Distribution | | | Buy (add'l) | 04/25/14 | J | | |
| 128. | | | | | Sold (part) | 06/19/14 | J | A | |
| 129. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 130. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 131.  **iPath Dow Jones UBS Commodity | | None | | | Sold | 01/24/14 | J | A | |
| 132.  **iShares Core S&P 500 | A | Dividend | J | T | Buy (add'l) | 10/27/14 | J | | |
| 133.  **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 04/25/14 | J | | |
| 134. | A | Distribution | | | Buy (add'l) | 06/23/14 | J | | |
| 135.  **Kalmar Growth with Value Small Cap Ins FD | A | Distribution | J | T | Sold (part) | 01/22/14 | J | A | |
| 136. | | | | | Buy (add'l) | 06/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 138. **Keeley Small Cap Value Fund | A | Dividend | | | Sold (part) | 01/22/14 | J | A | |
| 139. | | | | | Sold | 06/19/14 | J | A | |
| 140. ** Laudus Mondarian International Fixed | | None | | | Buy | 01/24/14 | J | | |
| 141. | | | | | Sold | 04/23/14 | J | A | |
| 142. **Merger FD SH Ben Int | | None | | | Buy (add'l) | 01/24/14 | J | | |
| 143. | | | | | Sold (part) | 06/19/14 | J | A | |
| 144. | | | | | Sold (part) | 08/11/14 | J | A | |
| 145. | | | | | Merged (with line 146) | 09/12/14 | J | | |
| 146. **The Merger Fund Class International | | None | J | T | Open | 09/12/14 | J | | |
| 147. **MFS Value Fund | A | Dividend | K | T | Sold (part) | 01/22/14 | J | A | |
| 148. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 149. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 150. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 151. **Neuberger Berman Long Short Fund | A | Dividend | J | T | Buy | 06/23/14 | J | | |
| 152. | A | Distribution | | | | | | | |
| 153. **Nuveen High Yield Muni | A | Dividend | J | T | Sold (part) | 10/23/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 10/29/14 | J | A | |
| 155. **Nuveen International Duration | A | Dividend | K | T | Buy (add'l) | 01/24/14 | J | | |
| 156. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 157. | | | | | Sold (part) | 06/19/14 | J | A | |
| 158. | | | | | Sold (part) | 09/08/14 | J | A | |
| 159. | | | | | Sold (part) | 10/23/14 | J | A | |
| 160. | | | | | Sold (part) | 10/29/14 | J | A | |
| 161. **Nuveen Limited Term Muni | A | Dividend | J | T | Sold (part) | 01/22/14 | J | A | |
| 162. | | | | | Sold (part) | 04/23/14 | J | A | |
| 163. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 164. | | | | | Sold (part) | 10/29/14 | J | A | |
| 165. **Oppenheimer Developing Markets Fund Class Y | | None | | | Buy (add'l) | 01/24/14 | J | | |
| 166. | | | | | Sold (part) | 06/19/14 | J | A | |
| 167. | | | | | Merged (with line 168) | 07/18/14 | J | | |
| 168. **Oppenheimer Developing Markets Fund Class I | A | Dividend | J | T | Open | 07/18/14 | J | | |
| 169. | A | Distribution | | | | | | | |
| 170. **PIMCO Foreign Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. **Principal Global Multi Strategy Fund | A | Dividend | J | T | Buy (add'l) | 08/11/14 | J | | |
| 172. | A | Distribution | | | | | | | |
| 173. **Ridgeworth SEIX High Yield | | None | | | Sold (part) | 01/22/14 | J | A | |
| 174. | | | | | Sold | 04/23/14 | J | A | |
| 175. **SPDR DJ Wilshire International | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | |
| 176. | | | | | Sold (part) | 04/25/14 | J | A | |
| 177. **Stratton Small Cap Value | A | Dividend | J | T | Buy | 06/23/14 | J | | |
| 178. | A | Distribution | | | | | | | |
| 179. **T Rowe Price Institutional Float | A | Dividend | J | T | Buy | 01/24/14 | J | | |
| 180. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 181. **Vanguard FTSE Emerging Markets | A | Dividend | J | T | Sold (part) | 01/24/14 | J | A | |
| 182. | | | | | Sold (part) | 06/23/14 | J | A | |
| 183. **Vanguard REIT Viper | A | Dividend | J | T | Sold (part) | 04/25/14 | J | A | |
| 184. | | | | | Sold (part) | 10/27/14 | J | A | |
| 185. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 186. **Cash Accounts | | None | J | T | | | | | |
| 187. **US Treasury Bill Due 03/13/2014 | B | Interest | | | Redeemed | 03/13/14 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  **US Treasury BIll Due 10/9/2014 | | None | | | Buy | 04/07/14 | P1 | | |
| 189. | B | Interest | | | Redeemed | 10/09/14 | P1 | | |
| 190.  **US Treasury Bill due 4/12/2015 | | None | P1 | T | Buy | 10/06/14 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 3 - This was interesst on back salayr owed by employer.  This money was deposited into Suntrust account on Line 5.

Part VII Line 13, 23, and 30 - LSI Corporation was purchased by Avago Technologies on May 6, 2014.  LSI shareholders recevied $11.15 cash for each share owned.

Part VII. Line 58 - Delhaize Corporation split 4 for 1 on April 7, 2014.

Part VII Line 67 - Titanium Metals Corp was acquired by Precision Castparts Corporation for $16.50 per share in 2013.  ▇▇▇▇ did not file paperwork to receive $16.50 per share until 2014 and received money in 2014.

Part VII Line 77 - South Carolina Bank and Trust (SCB&T) began operating as South State bank effective July 1, 2014.

Part VII Line 145 - Merger FD Ben Int Fund closed out and shareholders were given owernship in The Merger Fund Class International as of September 12, 2014.

Part VII Line 167 - Oppenheimer Developing Markets Fund Class Y was convererd into Oppenhiemer Developing Markets Fund Class I as of July 18, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544